IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK REICH,** | : | CIVIL ACTION NO. 1:13-CV-2591 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| Defendant | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Frederick Reich and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Frederick Reich social security disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to

   a) Conduct a new administrative hearing, in which Reich shall be afforded a full and fair opportunity to present testimony relating to his impairments and limitations, and

   b) Properly evaluate Reich's credibility, taking into account all medically determinable impairments and Reich's long and continuous work history.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated:     November 5, 2014